## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIN HAN,<br><br>     *Plaintiff,*<br><br>    v.<br><br>U.S. DEPARTMENT OF HOMELAND<br>SECURITY, *et al.,*<br><br>     *Defendants.* | HON. ROBERT KIRSCH, U.S.D.J.<br><br>Civil Action No. 26-3944 (RK)<br><br><br>**STIPULATION AND<br>ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, that this action shall be and hereby is dismissed without prejudice and without costs or fees to either party.

LIN HAN

By:  */s/ Lin Han*
     LIN HAN
     *Pro Se Plaintiff*

Dated: May 20, 2026

ROBERT FRAZER
United States Attorney

By:  */s/ David Inkeles*
     DAVID INKELES
     Assistant U.S. Attorney
     *Attorneys for Federal Defendants*

Dated: May 20, 2026

So Ordered:

HON. ROBERT KIRSCH
UNITED STATES DISTRICT JUDGE

Date: ___May 21, 2026___